**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jorge AGUILAR–HERNANDEZ, Defendant–Appellant.**

**No. 09–50016.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010 *.

Filed Jan. 26, 2010.

Michael J. Raphael, Esquire, Assistant U.S., Jacob J.H. Yim, Special Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Gerald C. Salseda, Esquire, Assistant Federal Public Defender, FPDCA—Federal Public Defender's Office, Kurt J. Mayer,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Assistant Federal Public Defender, Office of the Federal Public Defender, Los Angeles, CA, for Defendant–Appellant.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

## MEMORANDUM **

Jorge Aguilar–Hernandez appeals from the 37–month sentence imposed following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate Aguilar–Hernandez's sentence and remand for resentencing.

Aguilar–Hernandez contends that the district court erred by assigning him two criminal history points, pursuant to U.S.S.G. § 4A1.1(d), because there was insufficient evidence that he was on parole at the time he committed the instant offense. We cannot resolve the issue on this record.

Accordingly, we vacate Aguilar–Hernandez's sentence and remand to the district court for further consideration.

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).